# CERTIFICATE OF SERVICE

*Ansonia Imports, Inc. v. United States Customs and Border Protection et al*

### CIT Case No. 25-00534

      Pursuant to U.S Court of International Trade Rule 4(b) and (h), I hereby certify that on December 17, 2025, I served a copy of the Summons, Complaint, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge  
International Trade Field Office  
Commercial Litigation Branch  
U.S. Department of Justice  
26 Federal Plaza  
New York, NY 10278  

Attorney-In-Charge  
Commercial Litigation Branch  
U.S. Department of Justice  
1100 L Street, NW  
Washington, DC 20530  

Attorney-In-Charge  
Office of Chief Counsel  
U.S. Customs and Border Protection  
1300 Pennsylvania Ave., NW  
Washington, DC 20229  

_____  
Mark M. Wilcox  
Mark M. Wilcox, Attorney at Law  
122 Lombos Hole  
Harpswell, ME 04079  
(215) 498-4001  
mark@ansoniawines.com